# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-21-05105-GF-JTJ** |
| **Plaintiff,** | **VIOLATION:** <br> **F5227151** |
| **vs.** | **Location Code: M7** |
| **TODD W. BURT,** | **ORDER** |
| **Defendant.** | |

Based upon the United States' motion to accept the defendant's payment of a $125 fine and $30 processing fee for violation F5227151 (for a total of $155), and for good cause shown, IT IS ORDERED that the $155 fine paid by the defendant is accepted as a full adjudication of violation F5227151.

IT IS FURTHER ORDERED that the bench trial scheduled for September 16, 2021, is VACATED.

DATED this 19th day of July, 2021.

_____
John Johnston
United States Magistrate Judge